IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

GERALD TRUNDLE, Individually, et al.   :

V.   :   Case No.

:

UNITED STATES OF AMERICA   :

## PRAECIPE

Plaintiffs hereby withdrawal their request for a jury trial in the above captioned case.

Respectfully submitted,

McGowan & Smathers, LLP

_____
Michael McGowan
414 Main Street
Laurel, Maryland 20707
(301) 483-9960

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 5th day of October, 2000, a copy of the foregoing Line was mailed, postage pre-paid, first class to:

SERVE: Lynn Battaglia
United States Attorney
For the District of Maryland
6625 U.S. Court House
101 W. Lombard Street
Baltimore, Maryland 21201

_____
Michael McGowan