UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Southern Division

GERARD TRUNDLE, et al.        :

    Plaintiffs,        :

vs.        :   Case No.: CCB00CV2966

                         :

UNITED STATES OF AMERICA   :

    Defendant.        :

## LINE OF DISMISSAL

Please dismiss without prejudice count IV of Plaintiffs' Complaint, Loss of Consortium as to Gerald and Kelly Trundle as husband and wife.

By: _____
Michael McGowan, #02797
414 Main Street
Laurel, Maryland 20707
(301) 483-9960

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _30_ day of _January_, 2000, a copy of the Line of Dismissal was mailed, postage pre-paid, first class to:

Andrea Leahy-Fucheck
6625 United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2692

_____
Michael McGowan