IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GERALD TRUNDLE ) | |
| Plaintiff ) | |
| and ) | |
| ) | |
| ) | Civil Case No. CCB-00-2966 |
| Gerald Kelly Trundle as parent ) | |
| of KYLIE TRUNDLE ) | |
| Plaintiff ) | |
| ) | |
| V. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |

FILED ___ ENTERED
LODGED ___ RECEIVED

MAY - 7 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

## ORDER

Upon consideration of the Joint Motion for Additional Time to Complete Discovery, it is this ___4___ day of May, 2001, ordered that the Joint Motion be granted and the Parties shall have an additional sixty (60) days, or until July 2, 2001, to complete discovery.

_____
Honorable Catherine C. Blake
United States District Judge