IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GERALD TRUNDLE, et al  :

      Plaintiffs,  :

v.  :

UNITED STATES OF AMERICA  :  Civil Action No. CCB-00-2966

   :

      Defendant.  :

...oOo...

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Michael A. DiPietro as counsel for the United States in this action and strike the appearance of Andrea Leahy-Fucheck.

Respectfully submitted,

Stephen M. Schenning
United States Attorney

By: /s/ Michael A. DiPietro
Michael A. DiPietro
Assistant United States Attorney
Bar No. 023885
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
(410) 209-4816

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2001, a copy of the foregoing Notice of Entry of Appearance was mailed, first class mail, postage prepaid to Michael McGowan, Esquire, 414 Main Street, Laurel, Maryland 20707, Attorney for Plaintiff.

_____
Michael A. DiPietro
Assistant United States Attorney